*1527*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 08-372 |
| v. | ) | |
| | ) | (21 U.S.C. §843(a)(3)) |
| TROY ALLAN MARTIN | ) | |

## INDICTMENT

### COUNT 1

The grand jury charges:

On or about July 19, 2004, in the Western District of Pennsylvania, that is, at the Kmart Pharmacy, 300 Brighton Avenue, Rochester, Pennsylvania 15074, the defendant, TROY ALLAN MARTIN, did knowingly, intentionally and unlawfully obtain possession of oxycodone, a Schedule II controlled substance, in the form of sixty 80 mg. tablets of OxyContin, by misrepresentation, fraud, forgery, deception and subterfuge.

In violation of Title 21, United States Code, Section 843(a)(3).

## COUNT 2

The grand jury charges:

On or about May 1, 2005, in the Western District of Pennsylvania, that is, at Pete's Apothecary Drugs, 807 Third Avenue, New Brighton, Pennsylvania 15066, the defendant, TROY ALLAN MARTIN, did knowingly, intentionally and unlawfully obtain possession of oxycodone, a Schedule II controlled substance, in the form of sixty 80 mg. tablets of OxyContin, by misrepresentation, fraud, forgery, deception and subterfuge.

In violation of Title 21, United States Code, Section 843(a)(3).

## COUNT 3

The grand jury charges:

On or about June 6, 2005, in the Western District of Pennsylvania, that is, the Pete's Apothecary Drugs, 1026 Pennsylvania Avenue, Monaca, Pennsylvania, the defendant, TROY ALLAN MARTIN, did knowingly, intentionally and unlawfully obtain possession of oxycodone, a Schedule II controlled substance, in the form of sixty 80 mg. tablets of OxyContin, by misrepresentation, fraud, forgery, deception and subterfuge.

In violation of Title 21, United States Code, Section 843(a)(3).

## COUNT 4

The grand jury charges:

On or about June 30, 2005, in the Western District of Pennsylvania, that is, at the Rite Aid Pharmacy, 813 Third Avenue, New Brighton, Pennsylvania 15066, the defendant, TROY ALLAN MARTIN, did knowingly, intentionally and unlawfully obtain possession of oxycodone, a Schedule II controlled substance, in the form of sixty 80 mg. tablets of OxyContin, by misrepresentation, fraud, forgery, deception and subterfuge.

In violation of Title 21, United States Code, Section 843(a)(3).

A True Bill,

FOREPERSON

MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254