CRIMINAL CASE INFORMATION SHEET

Pittsburgh  X       Erie _____     Johnstown _____

Related to No. 08-106            Judge Alan N. Bloch
(All criminal prosecutions arising out of the same criminal
transaction or series of transactions are deemed related).

CATEGORY: 1. _____ Antitrust & Securities Fraud
          2. _____ Tax
          3.  X   General Criminal

08-372

Defendant's name:              TROY ALLAN MARTIN

Is Indictment waived:          _____ yes      X   no

Pretrial Diversion:            _____ yes      X   no

Juvenile proceeding:           _____ yes      X   no

Defendant is:                   x   Male     _____ Female

Superseding Indictment or
Information:                   _____ yes      X   no

    Previous case number:      _____

If superseding, previous case was/will be:

    _____ Dismissed on defendant's motion
    _____ Dismissed on government's motion
    _____ After appellate action
    _____ Other (explain)

County in which first
offense cited occurred:        Beaver County

Previous proceedings before
Magistrate Judge:              _____

    Case No.:                  _____

    PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date
continuous U.S. custody began: _____

Defendant:                     _____ is in custody   X   is not in custody

Name of Institution:           _____

| | | |
|---|---|---|
| Custody is on: | \_\_\_\_ this charge | \_\_\_\_ another charge |
| | \_\_\_\_ another conviction | |
| | \_\_\_\_ State \_\_\_\_ Federal | |
| Detainer filed: | \_\_\_\_ yes **X** no | |
| Date detainer filed: | | |
| Total defendants: | 1 | |
| Total counts: | 4 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | TROY ALLAN MARTIN | |

## SUMMARY OF COUNTS

| COUNT NO. | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1-4 | 21 USC §843(a)(3)) | Acquiring or obtaining possession of a controlled substance by misrepresentation, fraud, forgery, deception or subterfuge | | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: 10/23/08

JAMES Y. GARRETT
Assistant U.S. Attorney
PA ID No. 12466