# LIST OF EXHIBITS

**DATE OF TRIAL:** 4/14/09

**TITLE**

**CASE NO.:** CR 08-372

USA v. MARTIN

**ATTORNEYS**

**PLAINTIFFS**
JAMES GARRETT

**DEFENDANTS**
MARKETA SIMS

**COURT REPORTER(S):**
R. FORD

**DEPUTY CLERK:** C. SCHWEITZER
**BAILIFF:**

## EXHIBITS

| NO | ID | AD | | NO | ID | AD | |
|---|---|---|---|---|---|---|---|
| Govt #1 | X | X | Written Statement of Defendant | | | | |
| Govt #2 | X | X | Prescription | | | | Receipt of Government Exhibits 1 through 4 by AUSA James Garrett. |
| Govt #3 | X | X | Written Statement of Defendant | | | | X ___[signature James Garrett]___ Date: 2/15/12 |
| Govt #4 | X | X | Report of Lewis Colosimo | | | | |
| Deft A | X | X | Medical Records (under seal) | | | | |
| | | | | | | | |
| | | | | | | | |